**Stella ONUAGULUCHI, Plaintiff— Appellant,**

v.

**William J. HENDERSON, Postmaster General, United States Postal Service, Defendant—Appellee.**

No. 02–15730.

D.C. No. CV–99–03386–PJH.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2003.\*

Decided May 28, 2003.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before CANBY, KLEINFELD, and RAWLINSON, Circuit Judges.

## MEMORANDUM**

The district court did not abuse its discretion when it denied Stella Onuaguluchi's motion for an extension of time to file a notice of appeal. Onuaguluchi failed to demonstrate "excusable neglect" through the existence of extraordinary circumstances and likelihood of an unjust result. *See Marx v. Loral Corp.*, 87 F.3d 1049, 1053 (9th Cir.1996). "Inadvertence or mistake of counsel does not constitute excusable neglect." *Id.* (citation omitted).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

